# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

DANIEL SINGLETON                                                    PLAINTIFF

vs.                                               CIVIL ACTION NO. 3:04-cv-367 WS

LEANETTE JORDAN, ET AL.                                    DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the plaintiff's motion for summary judgment [docket # 40] be denied and that defendants' cross motion for summary judgment [docket # 42] be granted.  The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED, THIS THE 27th DAY OF February, 2006.**

                                                      **s/ HENRY T. WINGATE**

                                                      **CHIEF UNITED STATES DISTRICT JUDGE**